IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KEITH AND SHANNON KIRWAN, ) | |
| ) | |
| Plaintiffs, ) | Case Number 2:13-cv-00857-PJG |
| ) | |
| vs. ) | |
| ) | |
| OLIVER ADJUSTMENT COMPANY ) | |
| OF KENOSHA & RACINE, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

Dated: September 23, 2013.

Respectfully submitted,

By: /s/Marshall S. Meyers
    Marshall S. Meyers
    ED WI Bar No. 020584
    WEISBERG & MEYERS, LLC
    5025 N. Central Ave. #602
    Phoenix, AZ 85012

Ph: (888) 595-9111; Fax: (866) 565-1327
MMeyers@AttorneysForConsumers.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on September 23, 2013, I electronically filed the foregoing Notice of Settlement with the clerk of the U.S. District Court, Eastern District of Wisconsin, Milwaukee Division, using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on September 23, 2013 to:

David M. McDorman
David M. McDorman, Attorney at Law
2923 Marketplace Drive
Madison WI 53719

/s/ Marshall S. Meyers
Marshall S. Meyers
Weisberg & Meyers, LLC