IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KEITH AND SHANNON KIRWAN, ) | |
| ) | |
| Plaintiffs, ) | Case Number 2:13-cv-00857-PJG |
| ) | |
| vs. ) | |
| ) | |
| OLIVER ADJUSTMENT COMPANY ) | |
| OF KENOSHA & RACINE, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated: October 23, 2013.

Respectfully submitted,

| For Plaintiff, | For Defendant, |
|---|---|
| s/ Marshall S. Meyers | s/ David M. McDorman |
| Weisberg & Meyers, LLC | David M. McDorman, Attorney at Law |

## CERTIFICATE OF SERVICE

I certify that on October 22, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court for the Eastern District of Wisconsin, using the electronic case filing system of the court. Copy of the foregoing was served on counsel of record below via the court's CM/ECF system on this 22nd day of October, 2013.


David M. McDorman
David M. McDorman, Attorney at Law
2923 Marketplace Drive
Madison WI 53719


By: s/ Lydia Bultemeyer
    Lydia Bultemeyer